Exhibit 3

| Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Land's End ("Defendant") |
| --- |

| Claims | Evidence |
| --- | --- |
| 10. A communications method comprising: | The Land's End Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Land's End Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and a call center agent. The Land's End system runs on eGain (CCaaS - Call Center as a Service).<br><br><br><br>Source: https://www.landsend.com/customer-service/contact-us/#:~:text=Send%20an%20Email,to%20landsend%40landsend.com. |



Source: https://www.landsend.com/customer-service/contact-us/#:~:text=Send%20an%20Email,to%20landsend%40landsend.com.



Source: https://www.landsend.com/customer-service/contact-us/



Source: https://www.egain.com/products-r21/



Source: https://www.egain.com/

| | |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information. | The Land's End Customer Service system receives a plurality of communications; each having associated classification information.<br><br>For example, the Land's End Customer Service system receives calls from multiple callers. For each call, the caller provides information about the nature of the call via keypad entry or Interactive Voice Response (IVR). The information provided by the caller is used to classify the call. |



Source: https://www.landsend.com/customer-service/contact-us/#:~:text=Send%20an%20Email,to%20landsend%40landsend.com.

## eGain SmartIVR™

eGain SmartIVR is an over-the-top solution to modernize IVR systems. Businesses can offer smartphone callers an easy choice to resolve queries via digital messaging and intelligent self-service. And they can optimize the IVR experience with end-to-end analytics.

| | |
|---|---|

**Connect callers**

With **eGain Conversation Hub** to digital messaging

**Solve queries**

With **virtual assistance** and **AI and knowledge**

**Optimize customer journeys**

With **analytics** across IVR and digital touchpoint

Source: https://www.egain.com/smart-ivr/

Our IVR Analytics can tell you that and more!

eGain IVR Analytics™ empowers contact centers to easily understand customer behavior and assess customer experience inside their IVR system.

Using eGain's interactive, business-friendly tool, analysts can visually identify bottlenecks in IVR journeys to understand root causes for abandonment and escalation. With these insights, they can optimize IVR pathways, smartly adding digital off-ramps like SMS Chat and Virtual Assistance to improve NPS and reduce service cost.

Source: https://www.egain.com/ivr-analytics/



Source: https://www.egain.com/conversation-hub/egain-calltrack/



Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment

| | |
|---|---|
| (b) storing information representing characteristics of a plurality of potential targets; | The Land's End Customer Service system maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Land's End Customer Service system stores information about the skills possessed by agents who are potential targets of the call.<br><br>• **Omnichannel Communication Platform**: Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,<br><br>• **Intelligent Routing System**: Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.<br><br>• **Knowledge Management System**: Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.<br><br>• **Analytics and Reporting Tools**: Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.<br><br>Source: https://www.egain.com/what-is-contact-center-software/<br><br> |

Source: https://www.egain.com/conversation-hub/

• **Handling customer inquiries and complaints**: Agents can efficiently manage incoming questions and concerns through multiple channels, ensuring timely responses and resolution. The software provides tools for tracking, prioritizing, and escalating issues when necessary.

Source: https://www.egain.com/what-is-contact-center-software/

Route customer queries using AI Routing rules or proactively offer chats using AI Offers.



| | |
|---|---|
| | Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules.<br><br>Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment |
| (c) determining an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | The Land's End Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.<br><br>For example, the Land's End Customer Service system analyses information provided by a caller to determine one or more skills that an agent should possess to help the caller. To run at peak performance, the system considers multiple variables such as call queue length, number of available agents, average length of call, and agent skillsets when selecting an agent to connect with the caller. Land's End employs numerous agents, at least three of which possess the skill set required by the caller. |

**Improved Response Times**

- **Faster issue resolution:** Smart routing and automated responses help resolve customer issues more quickly than ever before.

- **Reduced wait times:** Queue management and callback options significantly reduce customer hold times.

- **Proactive customer communication:** The system automatically sends updates and notifications to keep customers informed about their inquiry status.

- **Real-time support options:** Multiple digital channels like chat and messaging provide instant support options for customers.

Source: https://www.egain.com/what-is-contact-center-software/

Route customer queries using AI Routing rules or proactively offer chats using AI Offers.



Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules.

Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment

- **Omnichannel Communication Platform**: Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,

- **Intelligent Routing System**: Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.

- **Knowledge Management System**: Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.

- **Analytics and Reporting Tools**: Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.

Source: https://www.egain.com/what-is-contact-center-software/

<table>
<tr><td></td><td>

**Customer Service**

- **Handling customer inquiries and complaints**: Agents can efficiently manage incoming questions and concerns through multiple channels, ensuring timely responses and resolution. The software provides tools for tracking, prioritizing, and escalating issues when necessary.

- **Processing returns and refunds**: Contact center software streamlines the returns process by providing agents with necessary documentation and automation tools. Integrated systems allow for quick verification of purchase history and automated refund processing.

- **Managing account-related requests**: Agents can securely access customer account information and make necessary changes while maintaining compliance with privacy regulations.

- **Conducting customer satisfaction surveys**: The software automates the distribution and collection of feedback surveys across various touchpoints. Analytics tools help analyze survey results, identify areas for improvement in service delivery, and improve customer relationships.

Source: https://www.egain.com/what-is-contact-center-software/

</td></tr>
<tr><td>(d) routing the communication to the optimum target,</td><td>

The Land's End Customer Service system routes the communication to the optimum target.

For example, upon determining, as the optimum target, the agent to which the caller should be connected, the Land's End Customer Service system routes the call to that agent.

</td></tr>
</table>

- **Omnichannel Communication Platform**: Integrates multiple communication channels into a unified interface, allowing agents to seamlessly handle customer interactions regardless of the channel used,

- **Intelligent Routing System**: Directs customer inquiries to the most qualified agents based on skills, availability, and customer needs.

- **Knowledge Management System**: Provides agents with instant access to relevant information and solutions, enabling faster and more accurate responses.

- **Analytics and Reporting Tools**: Contact and call center analytics software offer detailed insights into contact center performance, customer behavior, and operational efficiency.

- **Handling customer inquiries and complaints**: Agents can efficiently manage incoming questions and concerns through multiple channels, ensuring timely responses and resolution. The software provides tools for tracking, prioritizing, and escalating issues when necessary.

Source: https://www.egain.com/what-is-contact-center-software/

| | |
|---|---|
| | Route customer queries using AI Routing rules or proactively offer chats using AI Offers.<br><br><br><br>Chats are routed through an entry point that determines the features available, like secure authentication, video, page push, deflection and more, and then placed in an omnichannel queue. Queues represent skills or skill group required to service that query. Chats are assigned from the queues to agents with matching skills based on assignment rules.<br><br>Source: https://ebrain.egain.com/kb/featureguides/content/EASY-6852/Chat-Routing-and-Assignment |
| said determining step and said routing step | The Land's End Customer Service system performs the determination and the routing steps within a common operating environment. |

| | |
|---|---|
| being performed within a common operating environment. | For example, the Land's End Customer Service System is implemented as a cloud-based software platform that runs on Amazon Web Services (AWS) Servers. AWS is hosted in cloud communication environment, which is a common operating environment.<br><br>**Digital-first, omnichannel engagement solution for Amazon Connect, guided by knowledge, AI, and connected analytics**<br><br>**eGain Solve for Amazon Connect,** based on the AWS public-cloud infrastructure, powers connected, easy customer experience across all touchpoints. Its digital-first, omnichannel advisor desktop is powered by Artificial Intelligence (AI), knowledge, and analytics, including virtual assistance, through Amazon Alexa. The solution delivers transformational business value, including:<br><br>• Agent time to competency improvement up to 75 percent<br>• NPS (Net Promoter Score) improvement up to 20 points<br>• FCR (First-Contact Resolution) improvement up to 25 percent<br>• Self-service deflection up to 60 percent<br><br>aws partner network<br><br>Standard<br>Technology Partner<br><br>Source: https://www.egain.com/egain-for-amazon-connect/<br><br>**Messages and notifications**<br><br>AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.<br><br>Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services |



Source: https://www.egain.com/egain-for-amazon-connect/

Amazon Connect is a self-service, cloud-based contact center service that makes it easy for any business to deliver better customer service at lower cost. Amazon Connect is based on the same contact center technology used by Amazon customer service associates around the world to power millions of customer conversations. The self-service graphical interface in Amazon Connect makes it easy for non-technical users to design contact flows, manage agents, and track performance metrics – no specialized skills required. There are no up-front payments or long-term commitments and no infrastructure to manage with Amazon Connect; customers pay by the minute for Amazon Connect usage plus any associated telephony services. The smooth integration of eGain Solve and Amazon Connect makes it super-easy for businesses to deliver omnichannel service that is cost-effective, reliable, and scalable.

Source: https://www.egain.com/egain-for-amazon-connect/

| Claims | Evidence |
|---|---|
| 11. The method | The Land's End Customer Service system employs a common message queue in an |

| | |
|---|---|
| according to claim 10, wherein the determination and routing employ a common message queue in an operating system. | operating system when performing the determination and routing.<br><br>For example, the Land's End Customer Service system is implemented on eGain (CCaaS – Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment under the control of a common operating system. In AWS, application communications are routed via messages passed through a common message queue.<br><br>**Use-Cases**<br><br>• Add a digital-first, omnichannel agent desktop to Amazon Connect call infrastructure<br>• Add AI and knowledge for conversational Lex-powered self-service and agent guidance<br>• Leverage AI to drive IVR dialog, SMS deflection of customers on IVR hold to self-service while keeping their place in the queue, conversational guidance to agents<br>• Use connected, omnichannel analytics to optimize customer journeys and contact center operations<br><br>Source: https://www.egain.com/egain-for-amazon-connect/ |

**Digital-first, omnichannel engagement solution for Amazon Connect, guided by knowledge, AI, and connected analytics**



**eGain Solve for Amazon Connect,** based on the AWS public-cloud infrastructure, powers connected, easy customer experience across all touchpoints. Its digital-first, omnichannel advisor desktop is powered by Artificial Intelligence (AI), knowledge, and analytics, including virtual assistance, through Amazon Alexa. The solution delivers transformational business value, including:

- Agent time to competency improvement up to 75 percent
- NPS (Net Promoter Score) improvement up to 20 points
- FCR (First-Contact Resolution) improvement up to 25 percent
- Self-service deflection up to 60 percent

Source: https://www.egain.com/egain-for-amazon-connect/

**Messages and notifications**

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services



Amazon Connect is a self-service, cloud-based contact center service that makes it easy for any business to deliver better customer service at lower cost. Amazon Connect is based on the same contact center technology used by Amazon customer service associates around the world to power millions of customer conversations. The self-service graphical interface in Amazon Connect makes it easy for non-technical users to design contact flows, manage agents, and track performance metrics – no specialized skills required. There are no up-front payments or long-term commitments and no infrastructure to manage with Amazon Connect; customers pay by the minute for Amazon Connect usage plus any associated telephony services. The smooth integration of eGain Solve and Amazon Connect makes it super-easy for businesses to deliver omnichannel service that is cost-effective, reliable, and scalable.

Source: https://www.egain.com/egain-for-amazon-connect/